**Nasir KHAN; Sanah Khan; Seema Khan, Petitioners,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 05–73422.**

United States Court of Appeals, Ninth Circuit.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.

Submitted June 8, 2009.*

Filed June 23, 2009.

Saad Ahmad, Fremont, CA, for Petitioners.

Jesse Matthew Bless, DOJ—U.S. Department of Justice Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Las Vegas, NV, for Respondent.

Before: TROTT, McKEOWN and IKUTA, Circuit Judges.

## MEMORANDUM **

Substantial evidence supports the IJ's finding that Khan does not have a well-founded fear of persecution.

For the purposes of Khan's application for withholding of removal, substantial evidence also supports the IJ's rejection of Khan's claim that it is "more likely than not" that Khan will be persecuted on account of a protected ground upon his return to Pakistan. *INS v. Stevic,* 467 U.S. 407, 429–30, 104 S.Ct. 2489, 81 L.Ed.2d 321 (1984).

Khan failed to advance any evidence that he "is more likely than not to be tortured upon his return" to Pakistan. *See Delgado v. Holder,* 563 F.3d 863, 874 (9th Cir.2009). Therefore, substantial evidence also supports the IJ's denial of relief under the Convention Against Torture.

**PETITION DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

